UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH E. LITTLEMOON,

        Petitioner,

  v.

KEN CLARK et al,

        Respondent.

Case Number: C09-5431 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Eugene Little Moon F-38408
C-SATF/SP
D2 126L
P.O. Box 5246
Corcoran, CA 93212

Dated: January 11, 2010

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk