UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EUGENE LITTLEMOON, | No. C 09-5431 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEN CLARK, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus having been denied, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

DATED: March 27, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**